United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JFJ HOLDINGS INC. AND QB VENTURES OF TEXAS LLC, *Plaintiffs,* | § § § § § § § § § § | CIVIL ACTION NO. 4:26cv3333 |
| V. | | |
| O.G. HOLDINGS DIV LLC AND ADAM AUSLOOS, *Defendants.* | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 9, 2026 (Dkt. 31) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Ccourt.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant/Counter-claimant Plaintiff/Third-Party Plaintiff, O.G. Holdings Div LLC's First Amended Application for Preliminary Injunction, and Permanent Injunction (Dkt. 16) is **DENIED**.

**SIGNED** at Houston, Texas this **29th** day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE